IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

CHIARA SMITH                                                                    PLAINTIFF

v.                              No. 4:20-cv-181-DPM

STEVE BARNHILL;  LESLIE BARNHILL;
BRIAN BACHER;  and TGB GLORY, LLC
d/b/a Barnhill's Buffet                                                         DEFENDANTS

## JUDGMENT

Smith's complaint is dismissed without prejudice on the condition that, if Smith refiles her case, the defendants named here may seek immediate payment of costs expended in this case (including attorney's fees) that were lost and will be unsalvageable in another case.

_____
D.P. Marshall Jr.
United States District Judge

11 August 2021